No. 90–1412. ALABAMA HIGHWAY DEPARTMENT *v.* BOONE, ADMINISTRATRIX OF THE ESTATE OF BOONE, ET AL. Sup. Ct. Ala. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 90–6531. HUDSON *v.* MCMILLIAN ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motion for appointment of counsel granted, and it is ordered that Alvin J. Bronstein, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case. The order entered April 15, 1991 [499 U. S. 958], is amended to read as follows: Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Did the Fifth Circuit apply the correct legal test when determining that petitioner's claim that his Eighth Amendment rights under the Cruel and Unusual Punishments Clause were not violated as a result of a single incident of force by respondents which did not cause a significant injury?"

No. 90–7255. IN RE HOLLAND. Petition for writ of mandamus denied.

No. 90–1397. IN RE AINSWORTH. Motion of petitioner for attorney's fees, damages, interest, and costs pursuant to 18 U. S. C. § 3006A and 28 U. S. C. §1927 denied. Petition for writ of mandamus and/or prohibition denied.

No. 90–1485. IN RE PERALES. C. A. 5th Cir. Application for stay and to enjoin enforcement of mandate, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of mandamus and/or prohibition and/or injunction denied.

No. 90–1165. NATIONAL LABOR RELATIONS BOARD *v.* NABORS TRAILERS, INC., NKA STEEGO TRANSPORTATION EQUIPMENT CENTERS, INC. C. A. 5th Cir. Certiorari granted.